United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 20-11138-VK |
| 1465V Donhill Drive, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: agasparia | Page 1 of 2 |
| Date Rcvd: Feb 17, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

**Recip ID          Recipient Name and Address**
db                    +  1465V Donhill Drive, LLC, 9430 Lurline Avenue, Chatsworth, CA 91311-6003

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021                    Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

**Name**              **Email Address**

Brandon J Anand
    on behalf of Partner Pacific Precision Laboratories Inc. brandon@anandlaw.com, r52959@notify.bestcase.com,info@anandlaw.com

Eric Bensamochan
    on behalf of Attorney Eric Bensamochan eric@eblawfirm.us G63723@notify.cincompass.com

Eric Bensamochan
    on behalf of Creditor David Schwartz eric@eblawfirm.us G63723@notify.cincompass.com

Katherine Bunker
    on behalf of U.S. Trustee United States Trustee (SV) kate.bunker@usdoj.gov

M. Jonathan Hayes
    on behalf of Debtor 1465V Donhill Drive LLC jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com

| | | |
|---|---|---|
| District/off: 0973-1 | User: agasparia | Page 2 of 2 |
| Date Rcvd: Feb 17, 2021 | Form ID: pdf042 | Total Noticed: 1 |

Michael J Gomez
    on behalf of Creditor 5AIF Nutmeg  LLC mgomez@frandzel.com, dmoore@frandzel.com

Reed S Waddell
    on behalf of Creditor 5AIF Nutmeg  LLC rwaddell@frandzel.com, sking@frandzel.com

United States Trustee (SV)
    ustpregion16.wh.ecf@usdoj.gov

TOTAL: 8

M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
Pardis Akhavan (Bar No. 320342)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
Telephone:  (818) 285-0100
Facsimile:  (818) 855-7013
jhayes@ RHMFirm.com
matt@RHMFirm.com

*Attorneys for Debtor*
1465V Donhill Drive, LLC

**FILED & ENTERED**

FEB 17 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gasparia  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re

1465V DONHILL DRIVE, LLC,

Debtor and Debtor-in-Possession.

Case No.: 1:20-bk-11138-VK

Chapter 11

**ORDER GRANTING MOTION OF DEBTOR TO APPROVE STIPULATION INCLUDING RELIEF FROM STAY WITH 5AIF SYCAMORE 2 LLC**

Date:   February 4, 2021
Time:   1:30 p.m.
Place:  Courtroom 301
        21041 Burbank Blvd.
        Woodland Hills, CA 91367

A hearing was scheduled at the above time and place to consider the Debtor's **MOTION OF DEBTOR TO APPROVE STIPULATION INCLUDING RELIEF FROM STAY WITH 5AIF SYCAMORE 2 LLC** *(the "Motion") [doc. 101].* There being no opposition to the ~~m~~*M*otion, the court waived appearance at the hearing.

**RESNIK HAYES MORADI LLP**

1
ORDER GRANTING MOTION TO APPROVE STIPULATION

4119607.1 | 100967-0004

Case 1:20-bk-11138-VK    Doc 114    Filed 02/19/21    Entered 02/19/21 21:36:00    Desc
Imaged Certificate of Notice    Page 4 of 4


1  After consideration of the ~~m~~*M*otion, and there being no opposition, and good cause
2  appearing,

3  **IT IS HEREBY ORDERED**:

4  1. The ~~m~~*M*otion is granted;

5  2. The Stipulation attached to the Declaration of Jeffrey Golden filed in support of
6  the Motion as Exhibit A ("Stipulation") is approved in its entirety;

7  3. The Stipulation is effective immediately, and the Debtor is authorized to take all
8  necessary actions to perform in accordance with the terms, conditions and
9  provisions of the Stipulation; and

10 4. Secured Creditor, 5AIF Sycamore 2, LLC, successor in interest to 5AIF Nutmeg
11 LLC, is granted immediate full relief from the automatic stay under 11 U.S.C.
12 §§ 362(d)(1) and (d)(2) to fully enforce the liens and security interests it holds
13 on assets of the Debtor's Bankruptcy Estate, subject only to the specific
14 limitations and time frames set forth in the Stipulation.

###

Date: February 17, 2021

*Victoria S. Kaufman*
United States Bankruptcy Judge