M. Jonathan Hayes (Bar No. 90388)
Matthew D. Resnik (Bar No. 182562)
**RESNIK HAYES MORADI LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
jhayes@RHMFirm.com
matt@RHMFirm.com

*Attorneys for Debtor*
1465V Donhill Drive, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:20-bk-11138-VK |
| | |
| | Chapter 11 |
| | |
| 1465V DONHILL DRIVE, LLC, | **DEBTOR'S THIRD STATUS REPORT** |
| Debtor. | |
| | Date: April 22, 2021 |
| | Time: 1:00 p.m. |
| | Place: Courtroom 301 |
| | 21041 Burbank Blvd., |
| | Woodland Hills, CA 91367 |
| | Video/audio web address: |
| | https://cacb.zoomgov.com/j/1616403273 |
| | Meeting ID: 161 640 3273 |
| | Password: 192317 |

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES**

**BANKRUPTCY JUDGE; OFFICE OF THE UNITED STATES TRUSTEE; AND**

**ALL CREDITORS AND PARTIES IN INTEREST:**

   1465V Donhill Drive, LLC, Debtor and Debtor-in-Possession offers its Third Status

Conference Report as ordered by the court.

**RESNIK HAYES
MORADI LLP**

1

2

3

   1465V Donhill Drive, LLC ("Debtor") filed its chapter 11 petition on June 28,

4

2020.  The Debtor continues to operate and manage its affairs as a Debtor-in-Possession

5

pursuant to §1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner, or

6

committee has been appointed in this Chapter 11 case.

7

   This is a single asset case as the Debtor's sole asset is a single piece of real property

8

located at 1465 Donhill Dr., Beverly Hills, CA 90210 (the "Property").   The Property, a

9

single family dwelling on a very large lot, is vacant and has been vacant since the petition

10

date.  The case was filed the day before a foreclosure sale at which the Property would

11

have been lost.

12

   On the Petition date, the Debtor owed first priority lender Sycamore 2 -

13

$6,453,318.98 pursuant to the proof of claim #4 filed by its predecessor in interest.  The

14

amount owed at this time is estimated to be approximately $6.7 million.  The debt is

15

secured by a first priority lien on the Property.  The only other secured debt is the property

16

taxes in the amount of $109,772 [Proof of Claim No. 1].  Unsecured debts total

17

approximately $200,000.

18

   The Debtor and Sycamore 2 subsequently reached an agreement [Doc. 101] which

19

provides the lender with immediate relief from stay with a forbearance agreement that

20

there will be no actual foreclosure sale before April 30, 2021.  The Stipulation provides

21

that the secured lender will be paid its secured claim in full other than the default interest.

22

That "minimum" amount approximates $6.5 million.  There are provisions to extend the

23

forbearance period as far as June 30, 2021 should a buyer be found.  The Stipulation was

24

approved by the court by order entered on February 17, 2021 [Doc. 113].

25

   The Debtor has listed the Property for sale.  The employment of the real estate

26

broker, Todd Wohl, was approved by the court by order entered on December 3, 2020

27

[Doc. 95].  Unfortunately, the Debtor has not received a formal offer to purchase the

28

Property although, as Mr. Wohl has explained to Debtor's management several times, the

**RESNIK HAYES
MORADI LLP**

**2**

Property is actively being shown and there is interest.  The Debtor has proposed additional and certain different terms to the Stipulation to the lender but as of the time of filing this Status Report, the terms of the Stipulation are still in place.  The Debtor reduced the listing price of the Property recently to $5,995,000.  A sale at that price could not succeed without the approval of the lender.  And as stated, the lender has not yet agreed to any changes in the Stipulation.  The Debtor is hopeful it will receive an offer to buy the Property which it will take to the lender.

If no buyer is found by April 30, 2021, and the lender does not extend the deadline, there will be a foreclosure sale not long after April 30, 2021.

The Debtor filed an Ex Parte Motion asking the court to extend the last day to file a Disclosure Statement and Plan to April 14, 2021.  The court granted that motion by Order entered on January 20, 2021 [Doc. 107].  The Debtor has not filed a Disclosure Statement and Plan as of April 12, 2021 since there is no plan that could be proposed that would have a reasonable chance of success as long as the Stipulation is in place and there is no proposed buyer.

The court previously set a bar date for November 16, 2020.  The Debtor gave notice to all creditors of that date.  At this point, the Debtor does not expect to object to any claims.

The Debtor prays that the court continue the Status Conference for about 30 days. The Debtor will likely file a Motion to Dismiss the case if there is a foreclosure sale since there are no other assets in this estate.

Dated: April 12, 2021                                    **RESNIK HAYES MORADI LLP**

                                                     **By:    /s/ M. Jonathan Hayes**
                                                              **M. Jonathan Hayes**
                                                              **Matthew D. Resnik**
                                                              *Attorneys for Debtor*
                                                              1465V Donhill Drive, LLC

**RESNIK HAYES
MORADI LLP**

**3**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

17609 Ventura Blvd., Suite 314, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*):  **DEBTOR'S THIRD STATUS REPORT**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 4/12/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) 4/12/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

No Judge's Copy required for documents less than 25-pages per GENERAL ORDER 20-06 - IN RE: PROCEDURES FOR PHASED REOPENING DURING COVID-19 PUBLIC EMERGENCY.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 4/12/2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/12/2021 | Ja'Nita Fisher | /s/ Ja'Nita Fisher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)[CONTINUED]**:

- Brandon J Anand    brandon@anandlaw.com, r52959@notify.bestcase.com,info@anandlaw.com
- Eric Bensamochan    eric@eblawfirm.us, G63723@notify.cincompass.com
- Katherine Bunker    kate.bunker@usdoj.gov
- Michael J Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Reed S Waddell    rwaddell@frandzel.com, sking@frandzel.com

2. **SERVED BY UNITED STATES MAIL [CONTINUED]**:

1465V Donhill Drive, LLC
9430 Lurline Avenue
Chatsworth, CA 91311

ALL CREDITORS:

5AIF Sycamore 2, LLC
c/o Michael J. Gomez
Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Blvd., 19th Fl.
L.A., CA 90017

5AIF Nutmeg, LLC
Frandzel Robins Bloom & Csato, L.C.
Attn: Michael J. Gomez
1000 Wilshire Blvd., 19th Fl.
Los Angeles, CA 90017

5 Arch Funding, Corp.
19800 MacArthur Blvd., Suite 1150
Irvine, CA 92612

Albert Fuentes
7760 Clearfield Ave.
Panorama City, CA 91402

Crest Real Estate
11150 Olympic Bvd.
Los Angeles, CA 90064

David Schwartz
1255 Club View Driv
Los Angeles, CA 90024

FCI Lender Services
P O Box 27370
Anaheim, CA 92809

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

LA DWP
P.O. Box 308008
Los Angeles, CA 90030-0808

LC Engineering Group Inc.
889 Pierce Court #101
Thousand Oaks, CA 91360

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

So Cal Gas
PO Box 653
Monterey Park, CA 91754-0653

So Cal Gas
PO Box 30337
Los Angeles, CA 90030

South Bay Acceptance Corp

P.O. Box 639299
Cincinnati, OH 45263-9299

Spectrum
PO Box 60074
City of Industry, CA 91716

VEA Architects
16987 Encino Hills Drive
Encino, CA 91436

Lee Ziff
Keller Williams Realty
439 N Canon Drive #300
Beverly Hills, CA 90210

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812

Internal Revenue Service
PO Box 7346

RETURNED MAIL/REMOVED CREDITORS:

Pacific Precision Laboratories Inc.
9430 Lurline Ave.
Chatsworth, CA 91311

Philadelphia, PA 19101

Employment Development Dept.
Bankruptcy Group MIC 92E
Po Box 826880
Sacramento, CA 94280

California Department of Tax and Fee
Administration
Account Information Group MIC:29
P.O. Box 942879
Sacramento, CA 94279

U. S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

Attorney General
United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044