1  Michael J. Gomez (State Bar No. 251571)
     mgomez@frandzel.com
2  Gerrick M. Warrington (State Bar No. 294890)
     gwarrington@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   1000 Wilshire Boulevard, Nineteenth Floor
4  Los Angeles, California 90017-2427
   Telephone: (323) 852-1000
5  Facsimile: (323) 651-2577

6  Attorneys for 5AIF SYCAMORE 2, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:20-bk-11138-VK |
| 1465V DONHILL DRIVE, LLC, | Chapter 11 |
|     Debtor and Debtor-in-Possession. | **NOTICE OF WITHDRAWAL OF MOTION TO REINSTATE DISMISSED CHAPTER 11 BANKRUPTCY CASE [DKT NOS. 139, 139-1, 139-2 AND 140]** |
| | Date: August 19, 2021<br>Time: 1:30 p.m.<br>Place: 301<br>21401 Burbank Blvd.<br>Woodland Hills, CA 9167 |

4311786v1 | 101162-0006

1

NOTICE OF WITHDRAWAL OF MOTION TO REINSTATE DISMISSED
CHAPTER 11 BANKRUPTCY CASE [DKT NOS. 139, 139-1, 139-2 AND 140]

1     PLEASE TAKE NOTICE THAT 5AIF Sycamore 2, LLC ("5AIF") hereby withdraws its

2 Motion to Reinstate Dismissed Chapter 11 Bankruptcy Case (Dkt Nos. 139, 139-1, 139-2 and

3 140), filed herein on July 29, 2021, in order to re-file it using the appropriate ECF docket event.

4 Such withdrawal is made without prejudice to 5AIF's right to immediately re-file the Motion using

5 an alternative ECF docket event.

6

7 DATED: July 30, 2021            FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                      MICHAEL J. GOMEZ
8                                       GERRICK M. WARRINGTON

9

10

11                        By:     /s/ Michael J. Gomez
                              MICHAEL J. GOMEZ
12                               Attorneys for 5AIF SYCAMORE 2, LLC

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

4311786v1 | 101162-0006

2

NOTICE OF WITHDRAWAL OF MOTION TO REINSTATE DISMISSED
CHAPTER 11 BANKRUPTCY CASE [DKT NOS. 139, 139-1, 139-2 AND 140]