# United States Bankruptcy Court
# Central District of California
### San Fernando Valley
### Judge Victoria Kaufman, Presiding
### Courtroom 301 Calendar

**Thursday, August 19, 2021**      Hearing Room    **301**

---

<u>1:30 PM</u>
**1:20-11138    1465V Donhill Drive, LLC**      **Chapter 11**

   **#14.00**      Motion by 5AIF Sycamore 2, LLC to reinstate dismissed chapter 11 bankruptcy case

                             Docket     144

   **Judge:**

   On June 29, 2020, 1465V Donhill Drive, LLC ("Debtor") filed a voluntary chapter 11 petition.  On January 14, 2021, Debtor filed a motion to approve a stipulation with secured creditor 5AIF Sycamore 2, LLC ("Sycamore") granting Sycamore relief from the automatic stay and agreeing to other terms (the "Stipulation") [doc. 101].  In the Stipulation, the parties provided that they "submit to the jurisdiction of the Bankruptcy Court and the courts of Los Angeles, California, whether state or federal." Stipulation, ¶ 17(f).  On February 17, 2021, the Court entered an order approving the Stipulation (the "Order Approving Stipulation") [doc. 113].

   On May 20, 2021, the U.S. Trustee filed a motion to dismiss Debtor's bankruptcy case [doc. 125].  On June 21, 2021, the Court entered an order dismissing Debtor's bankruptcy case (the "Dismissal Order") [doc. 135].  On July 19, 2021, after dismissal of its case, Debtor filed a complaint in state court against Sycamore and other defendants, initiating case no. 21SMCV01219 (the "State Court Action").  On July 30, 2021, Sycamore filed a motion to vacate the Dismissal Order and reinstate Debtor's bankruptcy case (the "Motion") [doc. 144].  In the Motion, Sycamore requests reinstatement of Debtor's bankruptcy case for Sycamore to: (A) request interpretation and enforcement of the Order Approving Stipulation; and (B) remove the State Court Action to this Court.

   Federal Rule of Civil Procedure ("Rule") 60(b) sets forth grounds for relief from a final order.  In the Motion, Sycamore does not discuss any applicable grounds, under Rule 60(b) warranting relief from the Dismissal Order.  Sycamore also does not discuss the impact of reinstatement of Debtor's chapter 11 case.  For instance, if Debtor cannot reorganize, and the Court reinstates Debtor's bankruptcy case, the Court may convert the case to a chapter 7 case.  If Sycamore seeks to have Debtor's bankruptcy case "reinstated," Sycamore must file and serve a motion under Rule 60(b) and discuss these issues.

**United States Bankruptcy Court**
**Central District of California**
San Fernando Valley
**Judge Victoria Kaufman, Presiding**
**Courtroom 301 Calendar**

**Thursday, August 19, 2021**                                                                                                   **Hearing Room    301**

<u>1:30 PM</u>
**CONT...        1465V Donhill Drive, LLC                                                                                Chapter 11**

Alternatively, if Sycamore merely requests interpretation of the Stipulation and/or the Order Approving Stipulation, Sycamore may file a motion requesting such relief without reinstating Debtor's chapter 11 case.  In connection with any such motion, Sycamore must discuss why this Court has subject matter jurisdiction [*see, e.g.*, *In re Ray*, 624 F.3d 1124, 1136 (9th Cir. 2010] and, if the Court has subject matter jurisdiction, why the Court should not abstain for the parties to resolve this dispute in state court (to which the parties consented in the Stipulation).

At this time, in light of the above, the Court will deny the Motion.

The Court will prepare the Order.

|                     **Party Information**                     |

**<u>Debtor(s):</u>**

   1465V Donhill Drive, LLC                  Represented By
                                                         M. Jonathan Hayes